1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DORIAN M. AQUINO,                          1:08-cv-01639-AWI-DLB (PC)

12          Plaintiff,                          ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
13          vs.                                 **OR** PAY FILING FEE WITHIN 20 DAYS

14   GODWIN, UGWVEZE, et al.,                   ORDER DIRECTING CLERK OF COURT TO
                                                SEND TO PLAINTIFF APPLICATION TO
15          Defendants.                         PROCEED IN FORMA PAUPERIS FORM
     _____/

16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted a complete application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.[1]

20          Within twenty (20) days of the date of service of this order, plaintiff shall submit the attached

21   application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

22   $350.00 filing fee for this action.  **No requests for extension will be granted without a showing of**

23   **good cause.  Failure to comply with this order will result in a recommendation that this action**

24   **be dismissed.**

25   ///

26   _____

27          [1] On October 27, 2008, Plaintiff filed an incomplete application to proceed in forma pauperis.  Only page 1 of the
     form was submitted.  On November 5, 2008, the Court ordered Plaintiff to submit a completed application within 45 days.
28   Over forty-five days have elapsed and Plaintiff still has not submitted a complete application or paid the filing fee. The Court
     shall provide plaintiff with one final opportunity to submit his application to proceed in forma pauperis or pay the filing fee.

1    IT IS SO ORDERED.

2    **Dated:    January 12, 2009            /s/ Dennis L. Beck**
          UNITED STATES MAGISTRATE JUDGE