# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M AQUINO, | 1:08-cv-01639 AWI DLB PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 12.) |
| GODWIN UGWVEZE., et al., | |
| Defendants. | |

Plaintiff Dorian M. Aquino ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 27, 2008. (Doc. 1.) On March 6, 2009, Plaintiff filed an unsigned "motion for discovery". (Doc. 12.)

Plaintiff was previously advised that Court will open discovery and set deadlines for completing discovery after an answer has been filed. Until then, Plaintiff may not pursue discovery in this action. (Doc. 3.)

In any event, the Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). Accordingly, the unsigned motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **May 20, 2009**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE