# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M. AQUINO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. GODWIN UGWVEZE, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:08-cv-01639-AWI DLB PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 15) |

    Plaintiff Dorian Michael Aquino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 27, 2008. The Court has screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendant Ugwveze for deliberate indifference to a a serious medical need in violation of the Eighth Amendment of the United States Constitution. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        DR. GODWIN UGWVEZE

    2.    The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed June 8, 2009

    3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Two (2) copies of the endorsed first amended complaint filed June 8, 2009.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:    **June 11, 2009**           **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE