# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M AQUINO,   | 1:08-cv-01639 AWI DLB PC |
| Plaintiff, | ORDER DENYING REQUEST FOR ENTRY OF DEFAULT |
| v. | (Doc. 25) |
| GODWIN UGWVEZE., et al., | |
| Defendants. | |

Plaintiff Dorian M. Aquino ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 27, 2008. On June 23, 2009, the Court issued an order directing the United States Marshal to serve defendant Gordon Ugwveze with the summons and complaint. The waiver of service has not yet been returned and it is not clear that service has been effected. Plaintiff's request for entry of default is denied without prejudice.

IT IS SO ORDERED.

Dated:   **August 19, 2009**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE