# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M. AQUINO, | CASE NO. 1:08-cv-01639-AWI-SKO PC |
| Plaintiff, | ORDER RE MOTIONS |
| v. | (Doc. 44, 45, 46) |
| DR. GODWIN UGVEZE, et. al., | |
| Defendants. | |

Plaintiff Dorian M. Aquino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are three motions from Plaintiff requesting the Court to rule on Defendant's motion for summary judgment. Defendant's motion for summary judgment will be ruled on in due course. Accordingly, Plaintiff's motions will be granted.

Plaintiff's August 20, 2010, filing also requests "complimentary docket sheets" for this case. Plaintiff is advised that the Court does not distribute "complimentary docket sheets" and does not provide copying or mailing services for litigants. Plaintiff is also advised that his motion requesting the Court to rule on prior motions does not expedite the legal process and may only cause further delay as it adds unnecessary filings to the docket.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motions requesting the Court to rule on Defendant's motion for summary judgment are GRANTED. The Court will rule on Defendant's motion in due time; and

1

2. Plaintiff's request for complimentary docket sheets is DENIED.

IT IS SO ORDERED.

**Dated:   December 13, 2010**                          **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE